UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
SONITA N. JACOBS,                                        :
:
                        Plaintiff,       :
:      24-CV-8729 (VSB)
        - against -                            :
:      **ORDER OF SERVICE**
:
ALIGHT, LLC,                                             :
:
                        Defendant.       :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff, proceeding *pro se*, paid the filing fees to commence this action. Accordingly:

        The Clerk of Court is respectfully directed to issue a summons as to Defendant Alight, LLC. Plaintiff shall serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served the summons or requested an extension of time to do so, I may dismiss this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 6, 2025
       New York, New York

                                                              Vernon S. Broderick
                                                               United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.