UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SONITA N. JACOBS,                                         :
                                                          :
                        Plaintiff,             :     **24 Civ. 08729 (VSB) (GS)**
                                                          :
           - against -                                     :
                                                          :     **ORDER**
ALIGHT, LLC,                                              :
                                                          :
                        Defendant.             :
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      In light of the Mediation Referral Order issued by the Honorable Vernon S. Broderick (Dkt. No. 14), the Initial Case Management Conference scheduled for April 17, 2025 at 11:00 a.m. (Dkt. No. 12) is hereby cancelled. The parties are directed to submit a joint status letter by no later than seven (7) days after the mediation conference.

      **SO ORDERED.**

DATED:    New York, New York
               April 9, 2025

_____
GARY STEIN
United States Magistrate Judge

1